157 A.3d 845

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TERRY BATTLE, DEFENDANT–PETITIONER.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002416–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 845

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DIRON CHARLES WRIGHT, DEFENDANT-PETITIONER.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001781–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.